**United States Bankruptcy Court**

**District of Arizona**

**Debtor's Address Correction**

Case Number: 2:16-bk-05344-PS

Chapter: 7

Debtor(s) Name(s):    RAQUEL WYBRON
11513 E. PRAIRIE AVE.
MESA, AZ 85212

Attorney Signature:    <u>/s/ Dwayne Farnsworth  #13209</u>
Dwayne Farnsworth

Date: 5/12/2016

copy electronically sent to:
Trustee: Brian Mullen, Trustee